DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 115P14 | Millie E. Hershner v. N.C. Department of Administration and the N.C. Human Relations Commission | Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-790) | Allowed |
|---|---|---|---|
| 117P14 | In the Matter of: Application of Duke Energy Corporation and Progress Energy, Inc., to Engage in a Business Combination Transaction and to Address Regulatory Conditions and Codes of Conduct | Intervenor's (N.C. Waste Awareness and Reduction Network) PDR Under N.C.G.S. § 7A-31 (COA13-566) | Denied |
| 131P01-10 | State v. Anthony Dove | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed as Moot |
| 132P14 | State v. Melvin Bibian Warner | Def's PDR Under N.C.G.S. § 7A-31 (COA13-699) | Denied |
| 134P14-5 | State v. Walter Anthony Arthur | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Durham County | Dismissed |
| 139A04-2 | State v. Jerry Wayne Sharpe | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **11/21/2014** |
| 139PA13 | State v. Quintel Augustine, Tilmon Golphin, and Christina Walters | 1. Defs' Petition for *Writ of Mandamus*<br><br>2. Defs' Motion to Withdraw Petition for *Writ of Mandamus* to the Clerk of Superior Court of Cumberland County<br><br>3. Defs' Motion to Strike<br><br>4. Defs' Motion to Supplement the Record<br><br>5. Def's Motion to Supplement Record | 1. Withdrawn **01/02/2014**<br><br>2. Allowed **01/02/2014**<br><br>3.<br><br>4. Allowed<br><br>5.<br><br>**Beasley, J., recused** |